IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| MANUEL VELASQUEZ,  Plaintiff,  v.  DR. BRUCE BURNHAM,  Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**  Case No. 2:16-CV-147-RJS  District Judge Robert J. Shelby |
|---|---|

In an Order dated June 14, 2017, the Court required Plaintiff to--within thirty days—update his address from the one on record at Central Utah Correctional Facility. More than three months later, Plaintiff has not responded. Indeed, the Order was returned to sender, marked, "Discharged." The Court last heard from Plaintiff on March 29, 2016, when he filed his consent to collection of his filing fee.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 20th day of September, 2017.

BY THE COURT:

JUDGE ROBERT J. SHELBY
United States District Court